RICHARD J. SIMONS, ESQ.  SBN: 72676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, CA  94541
510/582-1080 Telephones
510/582-8254 Facsimile
rick@fjslaw.com

Attorneys for Plaintiffs
RYAN REZENDES and JACOB REZENDES, individually and on behalf of KIMBERLY DAWN REZENDES, Deceased

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN REZENDES and JACOB REZENDES, individually and on behalf of KIMBERLY DAWN REZENDES, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY MEDICAL CENTER, A Public Hospital Authority; RICHARD SLAWSKY, M.D.; and DOES 1 to 10, <br><br> Defendants. | No. C 07-01145 CRB <br><br> ORDER RE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED that the Initial Case Management Conference, currently scheduled for June 1, 2007, shall be continued until _____July 6_____, 2007, at 8:30 a.m. in Courtroom 8, 19th Floor, of the above-entitled Court.  The other dates listed in the Court's February 27, 2007, Scheduling Order shall be extended ~~for a period of _____ days.~~ to coincide with the case management conference date

Dated: May 17, 2007

_____
THE HONORABLE CHARLES R. BREYER
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

ORDER RE CMC            1

FURTADO, JASPOVICE & SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080