UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN REZENDES and JACOB REZENDES, individually and on behalf of KIMBERLY DAWN REZENDES, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY MEDICAL CENTER, A Public Hospital Authority; RICHARD SLAWSKY, M.D.; and DOES 1 to 10,<br><br>Defendants. | No. C 07-01145 CRB<br><br>ORDER of DISMISSAL WITH PREJUDICE<br>(Fed. R. Civ. P. 41) |

The Stipulation of the parties to this action having been received, pursuant to Fed. R. Civ. P. 41(a)(1), and all parties before the Court having so agreed,

IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear their own costs and fees.

Dated: June 11, 2007

THE HONORABLE CHARLES R. BREYER
Judge of the United States District Court

*[Signature: Judge Charles R. Breyer]*

FURTADO, JASPOVICE & SIMONS
A LAW CORPORATION
22274 MAIN STREET
HAYWARD, CALIF. 94541
(510) 582-1080

ORDER OF DISMISSAL WITH PREJUDICE
*Rezendes v. Alameda County Medical Center, et al./U.S. Dist Ct-Nor. Dist of CA Case No. C07-01145 CRB*

1